IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

v.                           NO. 4:10CR00150-01 JLH

NEIL CLEM                                                             DEFENDANT

**ORDER**

Pending before the Court is the government's motion for revocation of defendant Neil Clem's supervised release. Document #42. The government has also requested that a summons be issued for defendant.

IT IS HEREBY ORDERED that a hearing on the government's motion to revoke is scheduled to begin on **TUESDAY, OCTOBER 29, 2013, at 2:00 P.M.**, in Courtroom #4-D, Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas, to show cause why defendant's supervised release should not be revoked.

The request for issuance of summons is granted. The Clerk of Court is directed to issue a summons for defendant **NEIL CLEM** and deliver to the United States Marshal for service.

Senior Litigator Chris Tarver, of the Federal Public Defender's Office, is hereby appointed to represent defendant during revocation proceedings.

IT IS SO ORDERED this 16th day of October, 2013.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE